

FILED

08/31/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0415

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0415

RYAN PATRICK SULLIVAN,

Petitioner,

v.

JIM SALMONSEN,
Warden, Montana State Prison,
Deer Lodge,

Respondent.

FILED

AUG 3 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Ryan Patrick Sullivan represents himself and has filed a Petition for Writ of Habeas Corpus, alleging that he due credit for time served. Citing to *Killam v. Salmonsen*, 2021 MT 196, he states that he "is entitled to all the credit for incarceration as the dates set forth on page 1."

Sullivan currently has four appeals pending before this Court. Sullivan represents himself in an appeal of the Yellowstone County District Court's denial of his petition for postconviction relief that has been classified for a decision. *Sullivan v. State*, No. DA 20-0558. Sullivan has counsel representing him in his other appeals. In this Petition, Sullivan references Yellowstone County Cause No. DC 18-0321, which is the basis for two appeals: *State v. Sullivan*, No. DA 20-0588, for the original conviction and sentence, and *State v. Sullivan*, No. DA 21-0282, for the sentence upon revocation.

Sullivan's petition for a writ of habeas corpus is not a separate proceeding during the pendency of his appeal. An appeal is the proper forum in which to litigate issues arising from his conviction and sentences. *State v. Wright*, 2001 MT 282, ¶¶ 36-37, 307 Mont. 349, 42 P.3d 753. Habeas corpus does not offer an alternative remedy to a direct appeal, nor does it supplement the appellate process. Without considering the merits of his Petition, it must be dismissed.

Therefore,

IT IS ORDERED that Sullivan's Petition for Writ of Habeas Corpus is DISMISSED without prejudice.

The Clerk is directed to provide a copy of this Order to Austin Knudsen, Attorney General; to Scott D. Twito, Yellowstone County Attorney; to Sarah Hyde, Deputy County Attorney; to Tammy Plubell, Assistant Attorney General; to Katie F. Shulz, Assistant Attorney General; to Chad M. Wright, Appellate Defender Division; to Deborah S. Smith, Assistant Appellate Defender; to Colleen Ambrose, Department of Corrections; and to Ryan Patrick Sullivan personally.

DATED this 31ˢᵗ day of August, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2